CSD 1180 [11/15/04]
Name, Address, Telephone No. & I.D. No.
Gary B. Rudolph, Esq. (#101921)
James F. Lewin, Esq. (#140268)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101
Telephone (619) 239-3600
Attorneys for Gregory A. Akers, Trustee

UNITED STATES BANKRUPTCY
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re PATRICIA LEIGH MARTIN (-7343), dba Stage To Sell

BANKRUPTCY NO. 08-08281-JM7

Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that ___GREGORY A. AKERS___,
(select one:)   [ X ] the Trustee [ ] United States Trustee [ ] Debtor-in-Possession   [ ] Creditor, herein, proposes to:

[ ]   Use, sell or lease the following property not in the ordinary course of business [include information as required by Federal Rule of Bankruptcy Procedure 2002(c)(1)][1]; or

[ ]   Abandon the following property [description of property to be abandoned]; or

[X]   Compromise or settle the following controversy [description of controversy to be settled and financial impact on estate as required by Local Bankruptcy Rule 9019]; or In Schedule B-2, the Debtor listed proceeds from the sale of a single family residence in the approximate amount of $56,000 and exempted them in Schedule C pursuant to CCP Section 704.730(a)(3). The Trustee believed that the exemption was challengeable and susceptible to objection. However, in consideration of the cost and time and delay as well as the uncertainty of any litigation, the Trustee has agreed to settle the objection to exemption for payment by the Debtor to the estate of $25,000.00

The Trustee believes this is a fair and reasonable settlement in light of the fact that the Debtor has listed unsecured nonpriority claims in the approximate amount of $30,000.00, thereby insuring a dividend to unsecured creditors.

[ ]   Seek allowance of compensation or remuneration to debtor as follows [specify the nature]; or

[ ]   Other [specify the nature of the matter]: seek entry of a final decree closing the case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

If you object to the proposed action:

---

[1]NOTE TO TRUSTEES: This form may not be used to request the Court to notice this action for any case filed or converted to a Chapter 7 <u>after</u> JANUARY 1, 1985. Please use CSD 2063, CSD 2064, or CSD 2065.

CSD 1180     247141.1

1.  **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. If a Chapter 7, 11, or 12 case, determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    | | | | | |
    |---|---|---|---|---|
    | - | M | - | call (619) 557-6019 | - DEPARTMENT ONE (Room 218) |
    | - | A | - | call (619) 557-6594 | - DEPARTMENT TWO (Room 118) |
    | - | H | - | call (619) 557-6018 | - DEPARTMENT THREE (Room 129) |
    | - | B | - | call (619) 557-5157 | - DEPARTMENT FOUR (Room 328) |

    For <u>ALL</u> Chapter 13 cases, call (619) 557-5955.

2.  **WITHIN TWENTY-EIGHT (28)[2] DAYS FROM THE DATE OF SERVICE OF THIS MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[3]] upon the undersigned moving party, together with any opposing papers. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

    a.  identify the interest of the opposing party; and

    b.  state, with particularity, the grounds for the opposition.

3.  **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 28-day[2] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATE: March 11, 2009          SPARBER RUDOLPH ANNEN, APLC

                                        By: /s/ Gary B. Rudolph
                                            Gary B. Rudolph, Esq.,
                                            Attorneys for Gregory A. Akers, Chapter 7 Trustee

---

[2] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

[3] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180    247141.1

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of SPARBER RUDOLPH ANNEN, APLC, members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 701 "B" Street, Suite 1400, San Diego, California 92101-8164.

On March 19, 2009, I served true copy(ies) of the following documents to the party(ies) listed on the attached service list.

**NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

■ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

☐ BY FACSIMILE: At approximately _____.m., I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (619) 239-5601. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ BY OVERNIGHT DELIVERY: I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ BY PERSONAL SERVICE: I personally delivered such document(s) to the person(s) served hereunder.

☐ BY ELECTRONIC MAIL: I caused said document(s) to be served by electronic mail.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 19, 2009, at San Diego, California.

/s/ Marti Coco
Marti Coco

5677-1/247155.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 08-08281-JM7<br>Southern District of California<br>San Diego<br>Thu Mar 19 09:27:04 PDT 2009 | U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6017 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 |
| Capital One<br>P.O. Box 60024<br>City of Industry, CA 91716-0024 | Chase Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Gary B. Rudolph, Esq.<br>SPARBER RUDOLPH ANNEN, APLC<br>701 B Street, Suite 1400<br>San Diego, CA 92101-8164 | D.J. Rausa<br>Law Offices of D.J. Rausa<br>2515 Camino del Rio South Ste. 350<br>San Diego, CA 92108-3716 |
| Gregory A. Akers<br>P. O. Box 26219<br>San Diego, CA 92196-0219 | Patricia Leigh Martin<br>12530 Heatherton Court #31<br>San Diego, CA 92128-5126 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Bank<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 | End of Label Matrix<br>Mailable recipients    8<br>Bypassed recipients    0<br>Total    8 |